HINES *et al. v.* MOORE *et al.*

PER CURIAM. This case coming before the entire bench of six Justices, the question being whether or not the court erred in granting a temporary injunction, and the Justices being equally divided, Beck, P. J., and Gilbert and Hines, JJ., being of the opinion that the court did not err, and Russell, C. J., and Atkinson and Hill, JJ., being of the opinion that the court did err, the judgment is affirmed by operation of law.

*J. B. & T. R. Burnside,* for plaintiffs in error.

Appeal and Error, 4 C. J. p. 1122, n. 35.
Courts, 15 C. J. p. 966, n. 78.